IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LUIS GUTIERREZ MORALES                                PETITIONER

VERSUS                            CIVIL ACTION NO. 5:18-cv-143-DCB-MTP

UNITED STATES OF AMERICA, ET AL.                        RESPONDENTS

## FINAL JUDGMENT

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that pro se Petitioner Luis Gutierrez Morales's habeas corpus Petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of September, 2019.

                                            s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE